# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00597-CR

**Rachel Ann Kennedy a/k/a Rachel Ann Kinsley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 68757, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rachel Ann Kennedy a/k/a Rachel Ann Kinsley has filed a pro se notice of appeal from her judgment of conviction for the offense of criminal nonsupport, an offense to which she pleaded guilty. The district court has certified that this is a plea-bargain case, the defendant has no right of appeal, and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed

Filed: October 19, 2012

Do Not Publish